

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2017

No. 04-15-00761-CR

Christopher Shaun **ORTIZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR11043
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The panel has considered the Appellant's Motion for Rehearing en Banc and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2017.



Luz Estrada
Chief Deputy Clerk